**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 25-11645-JFW(MAAx)**                                    Dated: March 5, 2026

Title:        Viviana Mejia -v- Dicks Sporting Goods, Inc.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                          None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447 [filed 1/7/26; Docket No. 17]; and**

**ORDER TAKING UNDER SUBMISSION DEFENDANT DICK SPORTING GOODS, INC.'S MOTION TO COMPEL ARBITRATION, DISMISS/STRIKE CLASS CLAIMS, AND STAY ACTION PENDING DECISION ON THIS MOTION AND PENDING ARBITRATION [filed 1/30/26; Docket No. 21]**

        Plaintiff's Motion to Remand Pursuant to 28 U.S.C. § 1447 and Defendant's Motion to Compel Arbitration, Dismiss/Strike Class Claims, and Stay Action Pending Decision on this Motion and Pending Aribitration are currently on calendar for March 9, 2026, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for March 9, 2026, is hereby vacated and the matters are taken off calendar.  The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

        IT IS SO ORDERED.

Initials of Deputy Clerk __sr__