**UNITED STATES DISTRICT COURT**                                        JS-6
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 25-11645-JFW(MAAx)**                          Date: March 18, 2026

Title:      Viviana Mejia -*v*- Dicks Sporting Goods, Inc.

---

**PRESENT:  HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                                    **None Present**
**Courtroom Deputy**                                  **Court Reporter**

Attorneys Present for Plaintiffs: Not Present     Attorneys Present for Defendants: Not Present

**PROCEEDINGS (IN CHAMBERS):**       **ORDER DENYING PLAINTIFF'S MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447 [filed 1/7/26; Docket No. 17]; and**

**ORDER GRANTING DEFENDANT DICK'S SPORTING GOODS, INC.'S MOTION TO COMPEL ARBITRATION, DISMISS/STRIKE CLASS CLAIMS, AND STAY ACTION PENDING DECISION ON THIS MOTION AND PENDING ARBITRATION [filed 1/20/26; Docket No. 21]**

On January 7, 2026, Plaintiff Viviana Mejia ("Plaintiff") filed a Motion to Remand Pursuant to 28 U.S.C. § 1447 ("Motion to Remand").  On February 2, 2026, Defendant Dick's Sporting Goods, Inc. ("Defendant") filed its Opposition.  On February 9, 2026, Plaintiff filed a Reply.  On January 30, 2026, Defendant filed a Motion to Compel Arbitration, Dismiss/Strike Class Claims, and Stay Action Pending Decision on This Motion and Pending Arbitration ("Motion to Compel").  On February 13, 2026, Plaintiff filed her Opposition.  On February 23, 2023, Defendant filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found these matters appropriate for submission on the papers without oral argument.  The matters were, therefore, removed from the Court's March 9, 2026 hearing calendar and the parties were given advance notice.  After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

For the reasons stated in Defendant's papers, the Court **DENIES** Plaintiff's Motion to Remand and **GRANTS** Defendant's Motion to Compel.   The Court signs, as modified, Defendant's proposed Statement of Decision Denying Plaintiff's Motion to Remand to State Court, lodged with the Court on February 11, 2026 (Docket No. 29-1), and Defendant's proposed Statement of Decision Granting Defendant's Motion to Compel Arbitration, Dismiss/Strike Class Claims, and Stay Action, lodged with the Court on February 25, 2026 (Docket No. 33-1).  The Clerk shall administratively close this action.

IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_